**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

EVAN C. MASON,                               )
                                             )
    Plaintiff,                           )
                                             )
v.                                           )    Case No. CIV-26-444-SM
                                             )
FRANK BISIGNANO, Commissioner of             )
Social Security,                             )
                                             )
    Defendant.                           )

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate

Judge Suzanne Mitchell entered March 10, 2026 [Doc. No. 6].  Judge Mitchell recommends

denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or

Costs [Doc. No. 2].  No objection to the Report and Recommendation has been filed nor

has an extension of time in which to object been sought or granted.

Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED.

Further, the record reflects that Plaintiff has now paid the filing fee.  Accordingly,

Plaintiff's Application is DENIED as MOOT.

IT IS SO ORDERED this 25th day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE